IRWIN LALIN, Respondent, *v.* DOROTHEA M. DARBY et al., Appellants.

Submitted March 3, 1941; decided March 13, 1941.

*Leo E. Sherman* and *James M. Kelly* for motion.

*Harold Epstein* and *Charles H. Finkelstein* opposed.

Motion dismissed, with ten dollars costs and necessary printing disbursements, on the ground the order is not final.